UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re: James Michael English
SSN: XXX-XX-8973

Case No.: 10-30727-iwv-13
Judge: Jerry W. Venters
Dated: April 20, 2011

## NOTICE ALLOWING/DISALLOWING CLAIMS

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that these claims be allowed as set out below or disallowed as "not filed", unless an objection is filed and the Court enters an Order which provides different treatment.

Candica Llc
C O Weinstein & Riley Ps
Po Box 3978
Seattle, WA 98124-3978

Court Claim No.: 8
Trustee Claim No.: 8
% to be Paid: TBD
Claim Amount: $5,589.00

Monthly Payment: $0.00
Claim Type: General Unsecured
Interest Rate: 0.00 %
Account: 8021


Candica Llc
C O Weinstein & Riley Ps
Po Box 3978
Seattle, WA 98124-3978

Court Claim No.: 9
Trustee Claim No.: 9
% to be Paid: TBD
Claim Amount: $1,017.62

Monthly Payment: $0.00
Claim Type: General Unsecured
Interest Rate: 0.00 %
Account: 0105


Candica Llc
C O Weinstein & Riley Ps
Po Box 3978
Seattle, WA 98124-3978

Court Claim No.: 10
Trustee Claim No.: 15
% to be Paid: TBD
Claim Amount: $1,413.16

Monthly Payment: $0.00
Claim Type: General Unsecured
Interest Rate: 0.00 %
Account: 9480


Citizens Auto Finance
480 Jefferson Blvd Rje 135
Warwick, RI 02886

Court Claim No.: 1
Trustee Claim No.: 1
% to be Paid: 100.00 %
Claim Amount: $15,339.43

Monthly Payment: $325.30
Claim Type: Secured - Vehicle (E)
Interest Rate: 5.01 %
Account: 8185


Division Of Child Support
Enforcement
Dept Of Social Services
Po Box 2320
Jefferson City, MO 65101

Court Claim No.:
Trustee Claim No.: 4
% to be Paid: Direct
Claim Amount: $0.00

Monthly Payment: N/A
Claim Type: Domestic Support
On-Going (Pr)
Interest Rate: N/A
Account:

Case No.: 10-30727-jwv-13          Debtor: James Michael English

| | | |
|---|---|---|
| Ecast Settlement Corp<br>Po Box 29262<br>New York, NY 10087-9262 | Court Claim No.: 11<br>Trustee Claim No.: 11<br>% to be Paid: TBD<br>Claim Amount: $1,412.32 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 1041 |
| Freedom Road Financial<br>C/O Capital Recovery Group 20016<br>Po Box 29426<br>Phoenix, AZ 85038-9426 | Court Claim No.: 14<br>Trustee Claim No.: 2<br>% to be Paid: 100.00 %<br>Claim Amount: $16,886.79 | Monthly Payment: $347.94<br>Claim Type: Secured - Vehicle (E)<br>Interest Rate: 5.01 %<br>Account: 2898 |
| Green Tree Servicing Llc<br>Po Box 0049<br>Palatine, IL 60055-0049 | Court Claim No.: 2<br>Trustee Claim No.: 3<br>% to be Paid: 100.00 %<br>Claim Amount: $36,114.61 | Monthly Payment: $388.37<br>Claim Type: Secured (E)<br>Interest Rate: 5.01 %<br>Account: 0666 |
| Hsbc Bank Nevada Na By Pra<br>Receivables Mgmt Llc<br>Po Box 12907<br>Norfolk, VA 23541 | Court Claim No.: 4<br>Trustee Claim No.: 13<br>% to be Paid: TBD<br>Claim Amount: $1,189.57 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 7105 |
| Hsbc Bank Nevada Na By Pra<br>Receivables Mgmt Llc<br>Po Box 12907<br>Norfolk, VA 23541 | Court Claim No.: 3<br>Trustee Claim No.: 14<br>% to be Paid: TBD<br>Claim Amount: $1,164.31 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 9541 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101-7317 | Court Claim No.: 5<br>Trustee Claim No.: 6<br>% to be Paid: 100.00 %<br>Claim Amount: $197.25 | Monthly Payment: $0.00<br>Claim Type: Taxes - Priority (Pr)<br>Interest Rate: 0.00 %<br>Account: 8973 |

| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101-7317 | Court Claim No.:  5<br>Trustee Claim No.:  18<br>% to be Paid:  TBD<br>Claim Amount:  $66.71 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  8973 |
|---|---|---|
| Oak Harbor Capital Llc<br>C O Weinstein & Riley Ps<br>Po Box 3978<br>Seattle, WA 98124-3978 | Court Claim No.:  7<br>Trustee Claim No.:  10<br>% to be Paid:  TBD<br>Claim Amount:  $2,328.79 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  6177 |
| Pra Receivables Management Llc<br>Agent Of Portfolio Recovery Assoc Llc<br>Po Box 12914<br>Norfolk, VA 23541 | Court Claim No.:  13<br>Trustee Claim No.:  7<br>% to be Paid:  TBD<br>Claim Amount:  $5,675.69 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  2880 |
| Pra Receivables Management Llc<br>Agent Of Portfolio Recovery Assoc Llc<br>Po Box 12914<br>Norfolk, VA 23541 | Court Claim No.:  12<br>Trustee Claim No.:  12<br>% to be Paid:  TBD<br>Claim Amount:  $2,005.57 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  4824 |
| Pra Receivables Management Llc<br>Agent Of Portfolio Recovery Assoc Llc<br>Po Box 12914<br>Norfolk, VA 23541 | Court Claim No.:  6<br>Trustee Claim No.:  17<br>% to be Paid:  TBD<br>Claim Amount:  $3,401.77 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  3374 |
| Tower Loan<br>1090 S Neosho Blvd<br>Neosho, MO 64850 | Court Claim No.:  Not Filed<br>Trustee Claim No.:  16<br>% to be Paid:  TBD<br>Claim Amount:  Not Filed | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account: |

Case No.:  10-30727-jwv-13                    Debtor:  James Michael English

Any response to the notice must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If you received this notice via fax, e-mail or EDI, it may not be docketed with the U.S. Bankruptcy Court for 1-3 business days.  If the debtor's counsel is not registered for electonic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  If you have questions about this document, contact your attorney.

Dated:  April 19, 2011                                                                  /s/ Richard V. Fink, Trustee

                                                                                   Richard V. Fink, Trustee
                                                                                   818 Grand Blvd., Suite 800
                                                                                   Kansas City, MO 64106-1901

## NOTICE OF SERVICE

The Notice Allowing/Disallowing Claims will be served either by mail or electronically on the debtor and the debtor's attorney.  The individual creditors will be served by mail or electronically, an Acknowledgment which sets out their claim(s) related to this case.

                                                                                         /s/ Richard V. Fink, Trustee