IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JAMES MICHAEL ENGLISH | ) | Case No. 10-30727 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |

## APPLICATION TO SHORTEN TIME IN WHICH TO OBJECT TO DEBTOR'S MOTION TO SELL

COMES NOW Debtor, through counsel, and for his application states to the Court as follows:

1. Bankruptcy Rule 2002, provides for twenty days notice by mail of a motion to incur debt.

2. Debtor has a potential buyer for this 2004 American Iron Horse Chopper motorcycle.

3. The debtor requests permission to sell the motorcycle with shortened time.

WHEREFORE, debtor prays that this Court make and enter its order shortening the time for objections by the creditors from twenty-one (21) days to ten (10) days.

CHECKETT & PAULY, P.C.

/s/ Mariann Morgan
Mariann Morgan, #50083
517 S. Main Street
P.O. Box 409
Carthage, MO 64836
(417)358-4049 Telephone
(417)358-6341 Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, on the date entered on the court's docket.

/s/ Mariann Morgan
Attorney of Record